UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00189-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARTHUR LEROY WILSON JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Indictment (#25). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss Indictment (#25) is **GRANTED**. The case is **DISMISSED** without prejudice.

Signed: November 18, 2016

Max O. Cogburn Jr
United States District Judge